11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Carol Johnene Morris,

\* From the 441st District
Court of Midland County,
Trial Court No. CR37161.

Vs. No. 11-11-00037-CR

\* January 31, 2013

State of Texas,

\* Per Curiam Memorandum Opinion.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed; and judgment is rendered vacating the conviction.